McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Sean E. Cortney
Nevada Bar No. 16218
  *sean.cortney@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for LIBERTY INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRAD KEARNS, an individual; and ELIZABETH KEARNS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, a foreign Corporation; DOES I-XXX; ABC CORPORATIONS A-Z,<br><br>Defendants. | Case No. 3:24-cv-00060-MMD-CSD<br><br>**STIPULATION TO EXTEND DEADLINE FOR LIBERTY INSURANCE CORPORATION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>**(First Request)** |

COMES NOW DEFENDANT LIBERTY INSURANCE CORPORATION ("Defendant Liberty") AND PLAINTIFFS BRAD KEARNS AND ELIZABETH KEARNS ("Plaintiffs" and collectively, the "Parties"), by and through their respective counsel of record, and hereby stipulate that the time by which Defendant Liberty must file its Reply in Support of its Motion to Dismiss (ECF No. 8) is enlarged and extended by one week from March 06, 2024 to and including March 13, 2024. Defendant Liberty filed its Motion to Dismiss on February 14, 2024 (ECF No. 8) and Plaintiffs filed their Response thereto on February 28, 2024 (ECF No. 15).

Due to the numerous and complex issues at bar, Defendant Liberty needs additional time to

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 3:24-cv-00060-MMD-CSD
STIPULATION TO EXTEND DEADLINE FOR LIBERTY INSURANCE CORPORATION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS

1  draft a meaningful Reply. As such, the Parties maintain good cause exists to extend the deadline for
2  Defendant Liberty to file its Reply in support of its Motion to Dismiss by one week to Wednesday
3  March 13, 2024.
4         This is the first request for extension of time for Defendant Liberty to file its Reply in support
5  of its Motion to Dismiss.

6  Dated: March 05, 2024                    LEVERTY & ASSOCIATES LAW CHTD.

8                                           By:      /s/ Patrick R. Leverty
                                                  Patrick R. Leverty, Esq.
9                                                 Nevada Bar No. 8840
10                                         Attorney for Plaintiffs Brad Kearns and Elizabeth
                                                        Kearns

12 Dated: March 05, 2024                    McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP

14
                                           By:      /s/ Jonathan W. Carlson
15                                                Jonathan W. Carlson
                                                  Nevada Bar No. 10536
16                                                Cheryl A. Grames
                                                  Nevada Bar No. 12752
17                                                Sean E. Cortney
                                                  Nevada Bar No. 16218
18                                         Attorneys for Defendant Liberty Insurance Corporation

19 9717972.1

21  IT IS SO ORDERED.

22  Dated: 3/6/2024
                                           _____
23                                         U.S. DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

2                                           Case No. 3:24-cv-00060-MMD-CSD
STIPULATION TO EXTEND DEADLINE FOR LIBERTY INSURANCE CORPORATION TO FILE ITS REPLY
IN SUPPORT OF ITS MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2024, a true and correct copy of **STIPULATION TO EXTEND DEADLINE FOR LIBERTY INSURANCE CORPORATION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

3      Case No. 3:24-cv-00060-MMD-CSD
STIPULATION TO EXTEND DEADLINE FOR LIBERTY INSURANCE CORPORATION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS